IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY, INC., <br><br> Defendant. | 8:15CV64 <br><br> **ORDER** |

IT IS ORDERED:

1) The parties' joint motion, (Filing No. 3), is granted.

2) This action is held in abeyance pending a decision by the PLB on the petition for interpretation.

3) The parties shall file a status report every three (3) months beginning on August 1, 2015, with the last report filed within thirty (30) days after the issuance of the PLB's decision.

April 24, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge