IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY, INC.,<br><br>　　　　　Defendant. | 8:15-CV-64<br><br><br>JUDGMENT |

　　　On the parties' Joint Stipulation for Dismissal with Prejudice & Judgment (filing 11), this action is dismissed with prejudice, each party to pay its own costs.

　　　Dated this 11th day of October, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge